UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN TATE,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; TIMOTHY REYNOLDS; AND DOES 1 TO 100,<br><br>    Defendants. | Case No.: CV 12-01441-YGR (KAW)<br><br>ORDER DENYING DEFENDANTS' REQUEST FOR CDCR REPRESENTATIVE TO APPEAR AT THE SETTLEMENT CONFERENCE BY TELEPHONE |

The Court has considered Defendants' request to have California Department of Corrections and Rehabilitation representative Michael Mueller to appear telephonically at the November 7, 2012 settlement conference. The request is DENIED, and CDCR is ORDERED to have a representative physically present at the settlement conference vested with full authority to participate in settlement discussions and recommend to the CDCR's executive office for its approval of any tentative decision reached at the settlement conference. Failure to provide such a representative may result in CDCR compensating any costs or fees incurred by other parties in appearing at the settlement conference, as well the imposition of sanctions as deemed appropriate by the Court.

IT IS SO ORDERED.

Dated: November 5, 2012

_____
KANDIS A. WESTMORE
United States Magistrate Judge