CHARLES A. BONNER, ESQ. SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF CHARLES A. BONNER**
475 GATE FIVE RD, SUITE 212
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

ATTORNEYS FOR PLAINTIFF

FILED
MAY 13 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN TATE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; TIMOTHY REYNOLDS; and DOES 1 to 100,<br><br>　　　　Defendants. | Case No.: 12-cv-01441-JST<br><br>~~STIPULATION TO FILE AMENDED COMPLAINT~~ ~~[AND [PROPOSED]~~ ORDER |

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, through their respective attorneys of record, A. CABRAL BONNER of THE LAW OFFICES OF BONNER & BONNER, attorney for Plaintiff, and David Pai, Deputy Attorney General, attorney for all Defendants, as indicated by their signatures below, to grant Plaintiff leave to file an Amended Complaint to incorporate new allegations which took place after Plaintiff filed her initial complaint.

Good cause exists for the amendment because the new allegations included in the Amended Complaint occurred after the filing of the Complaint, but generally arise out of a common nucleus of operative fact as the original complaint. A copy of Plaintiff's Amended Complaint is attached as Exhibit A. Modified portions are italicized.

| | | |
|---|---|---|
| 1 | Dated: May 3, 2013 | **RESPECTFULLY SUBMITTED,** |
| | | **LAW OFFICES OF BONNER & BONNER** |

/s/*A. Cabral Bonner*
A. Cabral Bonner
Attorney for Plaintiff

Dated: May 3, 2013

**RESPECTFULLY SUBMITTED**
KAMALA D. HARRIS
Attorney General of California
MIGUEL A. NERI
Supervising Deputy Attorney General

/s/ *DAVID PAI*
DAVID PAI
Deputy Attorney General
*Attorneys for Defendants California Department of Corrections and Rehabilitation and Timothy Reynolds*

[~~PROPOSED~~] ORDER

IT IS SO ORDERED, PLAINTIFFS MAY FILE AN AMENDED COMPLAINT.

Dated: May 13, 2013

DISTRICT COURT JUDGE

STIPULATION TO AMEND COMPLAINT - 2