CHARLES A. BONNER, ESQ.  SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF CHARLES A. BONNER**
475 GATE FIVE RD, SUITE 212
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FILED

MAY 1 3 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| KAREN TATE,                                                                 | Case No.: 12-cv-01441-JST                                            |
|-----------------------------------------------------------------------------|----------------------------------------------------------------------|
| Plaintiff,                                                                  | ~~STIPULATION TO FILE AMENDED COMPLAINT~~ ~~[AND [PROPOSED]~~ ORDER |
| vs.                                                                         |                                                                      |
| STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; TIMOTHY REYNOLDS; and DOES 1 to 100, | |
| Defendants.                                                                 |                                                                      |



IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, through their respective attorneys of record, A. CABRAL BONNER of THE LAW OFFICES OF BONNER & BONNER, attorney for Plaintiff, and David Pai, Deputy Attorney General, attorney for all Defendants, as indicated by their signatures below, to grant Plaintiff leave to file an Amended Complaint to incorporate new allegations which took place after Plaintiff filed her initial complaint.

Good cause exists for the amendment because the new allegations included in the Amended Complaint occurred after the filing of the Complaint, but generally arise out of a common nucleus of operative fact as the original complaint. A copy of Plaintiff's Amended Complaint is attached as Exhibit A. Modified portions are italicized.

| | |
|---|---|
| Dated: May 3, 2013 | RESPECTFULLY SUBMITTED,<br>LAW OFFICES OF BONNER & BONNER |
| | /s/*A. Cabral Bonner*<br>A. Cabral Bonner<br>Attorney for Plaintiff |
| Dated: May 3, 2013 | RESPECTFULLY SUBMITTED<br>KAMALA D. HARRIS<br>Attorney General of California<br>MIGUEL A. NERI<br>Supervising Deputy Attorney General |
| | /s/ *DAVID PAI*<br>DAVID PAI<br>Deputy Attorney General<br>*Attorneys for Defendants California Department of Corrections and Rehabilitation and Timothy Reynolds* |

[~~PROPOSED~~] ORDER

IT IS SO ORDERED, PLAINTIFFS MAY FILE AN AMENDED COMPLAINT.

Dated: May 13, 2013

DISTRICT COURT JUDGE