UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN TATE,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>        Defendants. | Case No.  12-cv-01441-JST<br><br>**ORDER CONTINUING TO APRIL 4 THE PARTIES' DEADLINE TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 37 |

At the parties' request, and good cause appearing, the parties' deadline to file a stipulation of dismissal is CONTINUED to April 4, 2014.

**IT IS SO ORDERED.**

Dated: February 3, 2014

_____
JON S. TIGAR
United States District Judge