1  KAMALA D. HARRIS
   Attorney General of California
2  MIGUEL A. NERI
   Supervising Deputy Attorney General
3  DAVID PAI
   Deputy Attorney General
4  State Bar No. 227058
    1515 Clay Street, 20th Floor
5   P.O. Box 70550
    Oakland, CA  94612-0550
6   Telephone:  (510) 622-2148
    Fax:  (510) 622-2121
7   E-mail:  David.Pai@doj.ca.gov

8  *Attorneys for*
   *Defendants California Department of Corrections*
9  *and Rehabilitation and Timothy Reynolds*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **KAREN TATE,** | CV 12-1441 JST |
| Plaintiff, | **STIPULATED REQUEST TO EXTEND DEADLINE FOR FILING STIPULATION OF DISMISSAL AND TO VACATE APRIL 23, 2014 STATUS CONFERENCE** |
| v. | |
| **STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; TIMOTHY REYNOLDS; AND DOES 1 TO 100,** | |
| Defendants. | |

1

1    The parties file this joint request for additional time to file a Rule 41 stipulation of
2 dismissal and to vacate or continue the April 23, 2014 status conference.
3    On December 20, 2013, the parties in this action reached a general settlement agreement
4 in this action and plaintiff filed a Notice of Settlement.  Additional terms were further modified
5 and agreed upon.  On January 19, 2014, the parties finalized and executed a written Settlement
6 and Release Agreement.  Since then, the parties have satisfied all nonmonetary terms of its
7 settlement agreement, but is still waiting for the issuance of the settlement check.  The CDCR has
8 obtained and secured approval for the disbursement of settlement funds, but issuing a pay warrant
9 (i.e., settlement check) is processed by the State Controller's Office.  To the best of the CDCR's
10 knowledge, the settlement check should be issued from the controller's office on or around May
11 2, 2014.
12    The parties, therefore, request that the deadline to file the Rule 41 stipulation of dismissal
13 be continued to June 1, 2014, and to vacate or continue the April 23, 2014 status conference to
14 June 1, 2014.

16 Dated: April 19, 2014                                    Respectfully submitted,

                                                          /s/ A. Cabral Bonner
18                                                        A. Cabral Bonner
                                                          *Attorney for Plaintiff*

                                                          /s/ David Pai
22                                                        DAVID PAI
                                                          Deputy Attorney General
                                                          *Attorneys for Defendants*

26                                                        Dated:  April 22, 2014

[APPROVED — Judge Jon S. Tigar — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal]